IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. CIV-23-373-RAW |
| AIG CLAIMS, INC., et al, | ) ) ) ) |
| Defendants. | ) ) |

### ORDER

Before the court is the Report and Recommendation of the United States Magistrate Judge, who recommended therein that the plaintiff's motion to remand be granted. No party has filed an objection to the Report and Recommendation. After review, the court will adopt the same.

It is the order of the court that the Report and Recommendation is affirmed and adopted as the order of the court. The motion to remand (#14) is granted. Pursuant to 28 U.S.C. §1447(c), this action is remanded to the District Court for Murray County, State of Oklahoma.

ORDERED THIS 24th DAY OF JUNE, 2024.

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**